[No. 22608-5-III.   Division Three.   January 10, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ALBERT LEE THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-00785-8, Robert G. Swisher, J., entered December 2, 2003. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Thompson, J. Pro Tem.

[No. 23392-8-III.   Division Three.   January 10, 2006.]

DMITRIY M. SHULGAN ET AL., *Appellants,* v. THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-04057-1, Salvatore F. Cozza, J., entered August 20, 2004. *Affirmed in part, reversed in part, and remanded* by unpublished opinion per Baker, J. Pro Tem., concurred in by Sweeney, A.C.J., and Brown, J.

[No. 23556-4-III.   Division Three.   January 10, 2006.]

SAMUEL N.K. KAPU, JR., ET AL., *Appellants,* v. WIL LOHMAN ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 02-2-01158-5, Robert N. Hackett, Jr., J., entered October 19, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis J., and Thompson, J. Pro Tem.